**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System and Trustee of the New York State Common Retirement Fund,<br><br>     Plaintiff,<br><br>  v.<br><br>BJ's Wholesale Club Holdings, Inc.,<br><br>     Defendant. | Civil Action No. 1:26-cv-11075 |

## **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Plaintiff Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System and Trustee of the New York State Common Retirement Fund ("Plaintiff"), and Defendant BJ's Wholesale Club Holdings, Inc. ("Defendant"), through their undersigned counsel, stipulate and agree as follows:

WHEREFORE, on April 22, 2026, the Court entered its Order denying Defendants' motion to dismiss and granting Plaintiff's motion for a preliminary injunction requiring Defendant to include in its 2026 proxy materials a stockholder proposal submitted to Defendant pursuant to SEC Rule 14a-8, 17 C.F.R. § 240.14a-8, and requiring Plaintiff to post a bond in the amount of $20,000 to secure the injunction [ECF No. 50];

WHEREFORE, on May 1, 2026, Plaintiff posted the bond with the Clerk's Office of the United States District Court for the District of Massachusetts in the amount of $20,000 as required by the Court's April 22, 2026 Order [ECF No. 51]; and

WHEREFORE, on May 6, 2026, Defendant filed its 2026 proxy materials, which included the Plaintiff's stockholder proposal.

1

NOW THEREFORE, the parties stipulate and agree as follows:

1.    The Action is dismissed with prejudice, each party to bear responsibility for its respective fees and costs.

2.    The injunction is dissolved.

3.    The clerk of the court shall return the funds posted by Plaintiff on May 1, 2026, as bond pursuant to local rule 67.1(d).

/s/ Nathaniel L. Orenstein
Nathaniel L. Orenstein (BBO #664513)
Leslie R. Stern (BBO #631201)
Christina L. G. Fitzgerald (BBO #709220)
BERMAN TABACCO
One Liberty Square #8A
Boston, MA 02109

Michael J. Barry
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Phone: (302) 622-7000

*Attorneys for Plaintiff Thomas P. DiNapoli, Comptroller of the State of New York, as Administrator of the New York State and Local Retirement System and Trustee of the New York State Common Retirement Fund*

/s/ Johnathon E. Schronce
Martin F. Gaynor III (BBO # 564384)
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, MA 02109
Phone: (617) 648-2800
Fax: (617) 433-5022
mgaynor@hunton.com

Johnathon E. Schronce (*pro hac vice*)
Thomas G. Vanderbeek (*pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Phone: (804) 788-8200
jschronce@hunton.com
tvanderbeek@hunton.com

Mitchell E. McCloy (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Phone: (212) 309-1000
mmccloy@hunton.com

*Attorneys for Defendant BJ's Wholesale Club Holdings, Inc.*

Dated:  May 6, 2026

2

IT IS HEREBY ORDERED that the above-referenced matter is dismissed with prejudice, the injunction issued on April 22, 2026 is dissolved, and the monies received by the Clerk's Office of the United States District Court for the District of Massachusetts on May 1, 2026 in the amount of $20,000.00 [ECF No. 51] shall be returned to the owner thereof.

<div style="margin-left: 50%">

_____

Honorable Leo T. Sorokin
United States District Judge

</div>

3

CERTIFICATE OF SERVICE

I, Nathaniel L. Orenstein, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 6, 2026.

Dated: May 6, 2026                                              */s/ Nathaniel L. Orenstein*
                                                                Nathaniel L. Orenstein